■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY TAVARES, Appellant. [604 NYS2d 739] —Appeal by the defendant from an amended judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered October 15, 1991, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal sale of a controlled substance in the third degree.

Ordered that the amended judgment is affirmed.

The defendant's claim regarding the voluntariness of his admission to a violation of probation is not preserved for appellate review *(see, People v Pellegrino,* 60 NY2d 636). In any event, the record establishes that defendant knowingly and voluntarily pleaded guilty to a violation of probation *(see, People v Harris,* 61 NY2d 9), and the proceedings were in substantial conformity with the requirements of CPL 410.70. Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.